IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAR -4 PM 12: 50
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CCB-15-089 |
| | : | |
| | : | (Conspiracy To Distribute |
| v. | : | Narcotics, 21 U.S.C. § 846) |
| | : | |
| MICHAEL BARRETT | : | |
| | : | |
| Defendant | : | |

....o0o....

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From in or about November 2013, through in or about August 2014, in the District of Maryland and elsewhere,

**MICHAEL BARRETT**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to knowingly and intentionally distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance and 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

3-4-15
Date

Rod J. Rosenstein
United States Attorney